**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| EAST RIDGE ACRES COMMUNITY LLC, MAGIC CITY COMMUNITY LLC, AND WHEATLAND VILLAGE COMMUNITY LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ERA HOMES LLC, ERA MHC LLC, MAGIC CITY HOMES LLC, MAGIC CITY MHC LLC, AND WHEATLAND MHC LLC,<br><br>Defendants. | **ORDER**<br><br>Case No. 1:24-cv-063 |

On August 25, 2026, the parties filed a "Stipulation of Dismissal with Prejudice and Without Costs, Fees, or Disbursements to Any Party." (Doc. No. 52). The court **ADOPTS** the parties' stipulation (Doc. No. 52). This action is **DISMISSED** in its entirety with prejudice. All parties shall bear their own costs, fees, and disbursements, including attorneys' fees, incurred in this action.

**IT IS SO ORDERED.**

Dated this 26th day of August, 2026.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court